## R. G. FLIPPEN, Appellant, v. UNITED STATES of America, Appellee.
### No. 3870.

Circuit Court of Appeals, Fourth Circuit.
April 17, 1935.

M. B. Simpson and R. Clarence Dozier, both of Elizabeth City, N. C., for appellant.

J. O. Carr, U. S. Atty., of Wilmington, N. C.

PER CURIAM.

On motion of appellee, and stipulation of attorneys, cause is remanded, with instructions to set aside the sentence imposed and to impose such sentence as may be authorized by law. Order filed.